# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on May 5, 2015**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **RICCO JOHNSON,** | : | **VIOLATIONS:** |
| also known as "Ricco," | : | |
| **WILLIAM WINTER,** | : | **21 U.S.C. § 846** |
| also known as "Stink," | : | **(Conspiracy to Distribute and Possess** |
| **DEMETRIUS MUSCHETTA,** | : | **with Intent to Distribute Five Kilograms** |
| also known as "Meechie," | : | **or More of Cocaine)** |
| **MYRON WILLIAMS,** | : | **21 U.S.C. § 841(a)(1) and** |
| also known as "Blackbird," | : | **§ 841(b)(1)(B)(ii)** |
| also known as "Bird," | : | **(Unlawful Possession with Intent to** |
|          **Defendants.** | : | **Distribute 500 Grams or More of** |
| | : | **Cocaine)** |
| | : | **21 U.S.C. § 841(a)(1) and** |
| | : | **§ 841(b)(1)(B)(iii)** |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute 28 Grams or More of** |
| | : | **Cocaine Base)** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(i)** |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute 100 Grams or More of Heroin)** |
| | : | **18 U.S.C. § 924(c)(1)** |
| | : | **(Using, Carrying and Possessing a** |
| | : | **Firearm During a Drug Trafficking** |
| | : | **Offense)** |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d);** |
| | : | **21 U.S.C. § 853; and 28 U.S.C. § 2461** |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

From on or about December 10, 2014, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least the present, in the District of Columbia, the District of Maryland, and elsewhere, defendants **RICCO JOHNSON**, also known as "Ricco;" **WILLIAM WINTER**, also known as "Stink;" **DEMETRIUS MUSCHETTA**, also known as "Meechie," and **MYRON WILLIAMS**, also known as "Blackbird," also known as "Bird," did knowingly and willfully combine, conspire, confederate and agree together, and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule I controlled substance, and the quantity of said mixture or substance was five kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(ii).

(**Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about May 6, 2015, within the District of Columbia, **DEMETRIUS MUSCHETTA**, also known as "Meechie," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule I controlled substance, and the quantity of said mixture or substance was 500 grams or more.

(**Unlawful Possession with Intent to Distribute 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii))

## COUNT THREE

On or about May 6, 2015, within the District of Columbia, **DEMETRIUS MUSCHETTA**, also known as "Meechie," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule I controlled substance, and the quantity of said mixture or substance was 28 grams or more.

(**Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT FOUR

On or about May 6, 2015, within the District of Columbia, **DEMETRIUS MUSCHETTA**, also known as "Meechie," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and the quantity of said mixture or substance was 100 grams or more.

(**Unlawful Possession with Intent to Distribute 100 Grams or More of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i))

## COUNT FIVE

On or about May 6, 2015, within the District of Columbia, **DEMETRIUS MUSCHETTA**, also known as "Meechie," did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, namely, a Smith & Wesson .9mm caliber semi-automatic handgun, a Springfield Armory .45mm caliber semi-automatic handgun, and a Sig Sauer .9mm caliber semi-automatic handgun.

    (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## COUNT SIX

On or about May 6, 2015, within the District of Columbia, **DEMETRIUS MUSCHETTA**, also known as "Meechie," did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count Two of this Indictment which is incorporated herein, a firearm, namely, a Smith & Wesson .9mm caliber semi-automatic handgun, a Springfield Armory .45mm caliber semi-automatic handgun, and a Sig Sauer .9mm caliber semi-automatic handgun.

    (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## COUNT SEVEN

On or about May 6, 2015, within the District of Columbia, **DEMETRIUS MUSCHETTA**, also known as "Meechie," did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count Three of this Indictment which is incorporated herein, a firearm, namely, a Smith & Wesson .9mm caliber semi-automatic handgun, a Springfield Armory .45mm caliber semi-automatic handgun, and a Sig Sauer .9mm caliber semi-automatic handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## COUNT EIGHT

On or about May 6, 2015, within the District of Columbia, **DEMETRIUS MUSCHETTA**, also known as "Meechie," did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count Four of this Indictment which is incorporated herein, a firearm, namely, a Smith & Wesson .9mm caliber semi-automatic handgun, a Springfield Armory .45mm caliber semi-automatic handgun, and a Sig Sauer .9mm caliber semi-automatic handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## COUNT NINE

On or about May 6, 2015, within the District of Columbia, **DEMETRIUS MUSCHETTA**, also known as "Meechie," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2007CF2018852, did unlawfully and knowingly receive and possess a firearm, namely, a Smith & Wesson .9mm caliber semiautomatic handgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TEN

On or about May 6, 2015, within the District of Columbia, **DEMETRIUS MUSCHETTA**, also known as "Meechie," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2007CF2018852, did unlawfully and knowingly receive and possess a firearm, namely, a Springfield Armory .45mm caliber semiautomatic handgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT ELEVEN

On or about May 6, 2015, within the District of Columbia, **DEMETRIUS MUSCHETTA**, also known as "Meechie," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2007CF2018852, did unlawfully and knowingly receive and possess a firearm, namely, a Sig Sauer .9mm caliber semiautomatic handgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The property subject to forfeiture includes $663.62 seized on May 6, 2015, from **DEMETRIUS MUSCHETTA**, also known as "Meechie," and one Rolex watch and one gold watch seized on May 6, 2015, from 1242 Savannah Place, Southeast, Apartment 2, Washington, D.C. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense.

2. Upon conviction of the offenses alleged in Counts Five, Six, Seven, Eight, Nine, Ten, and/or Eleven of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section

2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to:

     a.    one Smith & Wesson .9mm semi-automatic handgun;

     b.    one Springfield Armory .45mm caliber semi-automatic handgun;

     c.    one Sig Sauer .9mm caliber semi-automatic handgun;

     d.    .9mm caliber ammunition;

    3.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

     a.    cannot be located upon the exercise of due diligence;

     b.    has been transferred or sold to, or deposited with, a third party;

     c.    has been placed beyond the jurisdiction of the Court;

     d.    has been substantially diminished in value; or

     e.    has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c))

                       A TRUE BILL:

                       FOREPERSON.

Attorney of the United States in
and for the District of Columbia.