AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM WINTER<br><br>Defendant | Case: 1:15-cr-00077<br>Assigned To : Howell, Beryl A.<br>Assign. Date : 6/18/2015<br>Description: INDICTMENT (B)<br>Case Related to: 15-cr-76 (BAH) |

## ARREST WARRANT

**FILED JUL 0 1 2015**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   WILLIAM WINTER

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine);
21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(ii) (Unlawful Possession with Intent to Distribute 500 Grams or More of Cocaine);
21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iii) (Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base); 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(i) (Unlawful Possession with Intent to Distribute 100 Grams or More of Heroin); 18 U.S.C. § 924(c)(1) (Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense); 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 U.S.C. § 2461

Date: 06/18/2015

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

G. MICHAEL HARVEY, Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 6-22-15, and the person was arrested on (date) 7-1-15
at (city and state) Washington D.C.

Date: 7-1-15

*Arresting officer's signature*

Dom Benjamin Caldwell for FBI SA Catherine Hanna
*Printed name and title*